**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO GONZALEZ,<br><br>        Petitioner,<br><br>    v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Respondent. | NO. CV 08-07331 R (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 1, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE